[L. A. No. 6761. In Bank.—April 14, 1922.]

PETER L. FERRY, Respondent, v. WINIFRED F. MARR, Appellant.

[1] STREET LAW—VROOMAN ACT—RESOLUTION OF INTENTION—DESCRIPTION OF WORK—REASSESSMENT—PLEADING.—The judgment in this case is affirmed on the authority of the case of *Ferry* v. *O'Brien, ante,* p. 629.

APPEAL from a judgment of the Superior Court of Los Angeles County. Leslie R. Hewitt, Judge. Affirmed.

The facts are stated in the opinion of the court.

Winifred F. Marr, *in pro. per.,* for Appellant.

Hartley Shaw for Respondent.

THE COURT.—This appeal is identical, as to the questions involved, with the appeal in the case of *Ferry* v. *O'Brien, ante,* p. 629 [206 Pac. 449], and for the reasons set forth in said decision the judgment herein is affirmed.

Richards, J., *pro tem.,* Shurtleff, J., Lawlor, J., Sloane, J., and Wilbur, J., concurred.

Shaw, C. J., being disqualified by relationship to plaintiff's attorney, did not participate.

Rehearing denied.

All the Justices concurred, except Shaw, C. J., who did not participate, owing to relationship to attorney for respondent.

Waste, J., was absent, and Richards, J., *pro. tem.*, was acting.